JS6

*[FILED stamp: CLERK U.S. DISTRICT COURT, APR 26 2010, CENTRAL DISTRICT OF CALIFORNIA, BY RPM DEPUTY]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Carlos Collado, et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | SA CV 10-497-CJC(RNBx) |
| v. | |
| Toyota Motor Sales, U.S.A. Inc., | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S), | |

TO:   U. S. District Judge(s)
      U. S. Magistrate Judge(s)
      Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: _____  Document Number: _____

☑ Incorrect case number  SA CV 10-497-CJC(RNBx)  was assigned to this ☑ action ☐ document.

☑ Case number has been corrected. The correct case number is  CV 10-3113-VBF(VBKx) 

☑ Incorrect judge's initials were indicated on this ☑ action ☐ document. The correct judge's initials are  VBF 

☑ Incorrect magistrate judge's initials were indicated on this ☑ action ☐ document. The correct magistrate judge's initials are  (VBKx) .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3, ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☑ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials:  CV 10-3113-VBF(VBKx) 

☑ Other: Case was electronically transferred from New York and assigned a Santa Ana case number in error. Case is not related to MDL 2151 and reassigned to Los Angeles and issued a new case number and judge's. SACV 10-497 is closed MD (JS6)

CLERK, U.S. DISTRICT COURT

Date  4/26/10   By:  Rhonda Marshall 
                     Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (04/09)                    NOTICE OF CLERICAL ERROR